```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:     (415) 436-7368
7       Facsimile:     (415) 436-7234
        Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-0110 RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME UNDER 18** |
| ROBERTO RAMIREZ BARRAZA, | ) | **U.S.C. § 3161** |
| a/k/a Roberto de Jesus, | ) | |
| a/k/a Roberto Ramirez Varraza, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 7, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to March 15, 2011. The parties have agreed to exclude the period of time between March 7, 2011and March 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: March 9, 2011        /s/
                        LOWELL C. POWELL
                        Special Assistant United States Attorney

DATED: March 9, 2011        /s/
                        LOREN STEWART
                        Attorney for ROBERTO RAMIREZ BARRAZA

## [~~PROPOSED~~] ORDER

For the reasons stated above and at the March 7, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 7, 2011 through March 15, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 03/14/11                        _____
                                              THE HON. JOSEPH C. SPERO
                                              United States Magistrate Judge