MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL  (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7368
   Facsimile:      (415) 436-7234
   Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>ROBERTO RAMIREZ BARRAZA, )<br>  a/k/a Roberto de Jesus, )<br>  a/k/a Roberto Ramirez Varraza, )<br>)<br>    Defendant. )<br>_____ ) | NO. CR 11-0110 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER 18<br>U.S.C. § 3161** |

     On March 15, 2011, the parties in this case appeared before the Court.  At that time, the Court set the matter to April 5, 2011.  The parties have agreed to exclude the period of time between March 15, 2011and April 5, 2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0110 RS                                                                                                                                           1

At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: March 16, 2011              _____/s/_____
                              LOWELL C. POWELL
                              Special Assistant United States Attorney

DATED: March 16, 2011              _____/s/_____
                              LOREN STEWART
                              Attorney for ROBERTO RAMIREZ BARRAZA

[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 15, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 15, 2011 through April 5, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 3/17/11                            _____
                                         THE HONORABLE RICHARD SEEBORG
                                         United States District Judge